UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                   CIVIL ACTION NO.: 13-14856

PAUL BYROM                HONORABLE: John Corbett O'Meara

        Defendant,

and

**MICHIGAN DEPARTMENT OF TREASURY**

        Garnishee.

_____/

## RELEASE OF GARNISHMENT LIABILITY

NOTICE TO GARNISHEE DEFENDANT: The garnishment issued against the principal defendant, Paul Byrom, Social Security number \*\*\*-\*\*-3222, is withdrawn, and you are released from further liability in connection with this garnishment.

                              Respectfully submitted,

        By:    */s/ Craig S. Schoenherr, Sr.*
                  CRAIG S. SCHOENHERR, SR. (P32245)
                  Attorney for the United States
                  O'Reilly Rancilio PC
                  12900 Hall Rd Ste 350
                  Sterling Heights, MI  48313
                  Phone: (586) 726-1000
                  cschoenherr@orlaw.com

Dated: October 20, 2020

## **CERTIFICATION OF SERVICE**

I hereby certify that on <u>October 20, 2020</u>, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

I further certify that Marissa Chojnacki, Legal Assistant, has placed the foregoing document in a postage paid envelope and placed said envelope in the United States mail addressed to the following non-ECF participants:

>Michigan Department of Treasury
>Third Party Withholding Unit
>P.O. Box 30785
>Lansing, Michigan 48909

>and

>Paul Byrom
>1523 Henri, Lot 583
>Newport, MI 48166-9241

Respectfully submitted,

By: */s/ Craig S. Schoenherr, Sr.*
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for the United States
O'Reilly Rancilio PC
12900 Hall Rd Ste 350
Sterling Heights, MI 48313
Phone: (586) 726-1000
cschoenherr@orlaw.com